# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANESSA MCDONALD, Individually** and as Administrator of the Estate of Quinsha White deceased, *et al.*, <br> *Plaintiffs* <br> v. <br><br> **PHILADELPHIA HOUSING AUTHORITY**, *et al.*, <br> *Defendants* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 24-0057 |

# ORDER

**AND NOW**, this 17th day of January 2025, upon consideration that Plaintiffs filed a second amended complaint, (*see* ECF 80), it is hereby **ORDERED** that Defendants' previously filed *motions to dismiss*, (ECF 31 and 65), are **DENIED**, as moot.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*