# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANESSA MCDONALD, Individually** | : | **CIVIL ACTION** |
| **and as Co-Administratrix of the Estate** | : | |
| **of Quinsha White,** *et al.*, | : | **NO. 24-0057** |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY,** *et al.*, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 15th day of August 2025, upon consideration of the *motion to dismiss for failure to state a claim* filed by Defendants Philadelphia Housing Authority, Kelvin Jeremiah, Janea Jordon, Dinesh Indala, Earl Samuel, Ronald Henry, Mary Moc, Ericka Corley, Tabatha Revell, Truc Nguyen, and Brahin Bilal (the "PHA Defendants"), (ECF 84), Plaintiffs' response in opposition, (ECF 92), the PHA Defendants' reply, (ECF 95), and the allegations in the second amended complaint, (ECF 80), it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, the motion to dismiss is **GRANTED**. Accordingly, the claims asserted against the PHA Defendants are **DISMISSED**.

                                        **BY THE COURT:**

                                        */s/ Nitza I. Quiñones Alejandro*
                                        **NITZA I. QUIÑONES ALEJANDRO**
                                        *Judge, United States District Court*