IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANESSA MCDONALD, Individually and as Co-Administratrix of the Estate of Quinsha White deceased, *et al.*,** *Plaintiffs* **v.** **PHILADELPHIA HOUSING AUTHORITY, *et al.*,** *Defendants* | : : : : : : : : : : : | **CIVIL ACTION** **NO. 24-0057** |

# ORDER

**AND NOW**, this 18th day of August 2025, upon consideration of the *motion to dismiss* filed by Defendants City of Philadelphia and Nadine Fulton (collectively, the "City Defendants"), (ECF 85), Plaintiffs' response in opposition, (ECF 88), the City Defendants' reply, (ECF 91), and the allegations in the second amended complaint, (ECF 80), for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) the City Defendants' motion to dismiss is **DENIED** with respect to Count III; and

(2) the City Defendants' motion to dismiss is **GRANTED** with respect to Count IV. Accordingly, the claims asserted against the City Defendants at Count IV are dismissed, and Defendant Nadine Fulton is dismissed from this action.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*