# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANESSA MCDONALD, Individually and as Co-Administratrix of the Estate of Quinsha White deceased, *et al.*,** *Plaintiffs,* | : : : : : | **CIVIL ACTION** **NO. 24-0057** |
| **v.** | : : | |
| **PHILADELPHIA HOUSING AUTHORITY, *et al.*,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this 19th day of March 2026, upon consideration of Defendant's *motion for judgment on the pleadings*, (ECF 101), and Plaintiffs' response in opposition, (ECF 102), it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*